RIMAC MARTIN, P.C.
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: 415.561-8440
Facsimile: 415.561-8430

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and
PWC HEALTH & WELFARE BENEFITS PLAN

Laurence F. Padway
**LAW OFFICES OF LAURENCE F. PADWAY**
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: 510.814.6100
Fax: 510.814.0650
lpadway@padway.com

David J. Linden
P.O. Box 5780
Napa, CA 94581
Tel: 707.252.7007
Fax: 707.252.7883
Dil7007@sbcglobal.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, | CASE NO. 3:13-cv-02710-JSW |
| Plaintiff, | **STIPULATION TO CONTINUE THE SEPTEMBER 27, 2013 CASE MANAGEMENT CONFERENCE;** [PROPOSED] ORDER |
| v. | |
| PRICEWATERHOUSECOOPERS HEALTH & WELFARE | |

1

STIPULATION TO CONTINUE THE SEPTEMBER 27, 2013 CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER
Case No. 3:13-cv-02710-JSW

| | |
|---|---|
| 1 | BENEFITS PLAN; LIFE INSURANCE ) |
| | COMPANY OF NORTH AMERICA, et al., ) |
| 2 | ) |
| | Defendants. ) |
| 3 | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that the September 27, 2013 Case Management Conference be continued to a date after the completion of the parties' December 2, 2013 mediation with Robert Kaplan.

GOOD CAUSE exists for this brief continuance as the parties and the Court's resources will be conserved if the matter is settled at the mediation and the Case Management Conference becomes unnecessary.

SO STIPULATED.

Respectfully submitted,

**RIMAC MARTIN, P.C.**

DATED:  September 20, 2013

By: /s/ Anna M. Martin
ANNA M. MARTIN
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and PRICEWATERHOUSECOOPERS HEALTH & WELFARE BENEFITS PLAN

DATED:  September 20, 2013

**LAW OFFICES OF LAURENCE F. PADWAY**

By: /s/ Laurence F. Padway
LAURENCE F. PADWAY
Attorneys for Plaintiff
JOHN DOE

Pursuant to stipulation, **IT IS SO ORDERED**.

The new scheduled Case Management Conference date is: December 13, 2013

Dated: September 23, 2013

_/s/ Jeffrey S. White_
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

2

STIPULATION TO CONTINUE THE SEPTEMBER 27, 2013 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 3:13-cv-02710-JSW