1  RIMAC MARTIN, P.C.
   Anna M. Martin – CSBN 154279
2  amartin@rimacmartin.com
   1051 Divisadero Street
3  San Francisco, CA 94115
   Telephone: 415.561-8440
4  Facsimile: 415.561-8430
5
   Attorneys for Defendants
6  LIFE INSURANCE COMPANY OF NORTH AMERICA and
   PWC HEALTH & WELFARE BENEFITS PLAN
7
8  Laurence F. Padway
   **LAW OFFICES OF LAURENCE F. PADWAY**
9  1516 Oak Street, Suite 109
   Alameda, CA 94501
10 Tel: 510.814.6100
   Fax: 510.814.0650
11 lpadway@padway.com
12
   David J. Linden
13 P.O. Box 5780
   Napa, CA 94581
14 Tel: 707.252.7007
   Fax: 707.252.7883
15 Dil7007@sbcglobal.net
16
   Attorneys for Plaintiff
17
                **IN THE UNITED STATES DISTRICT COURT**
18
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
19
                      **SAN FRANCISCO DIVISION**
20

21 JOHN DOE,                          )  CASE NO. 3:13-cv-02710-JSW
                                      )
22        Plaintiff,                  )  **STIPULATION TO CONTINUE THE**
                                      )  **SEPTEMBER 27, 2013 CASE**
23 v.                                 )  **MANAGEMENT CONFERENCE;**
                                      )  [PROPOSED] ORDER
24 PRICEWATERHOUSECOOPERS             )
   HEALTH & WELFARE                   )
25
26                                    1
27  STIPULATION TO CONTINUE THE SEPTEMBER 27, 2013 CASE MANAGEMENT
                    CONFERENCE; [PROPOSED] ORDER
28                      Case No. 3:13-cv-02710-JSW

```
 1  BENEFITS PLAN; LIFE INSURANCE      )
    COMPANY OF NORTH AMERICA, et al.,  )
 2                                     )
            Defendants.                )
 3  _____)
```

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that the September 27, 2013 Case Management Conference be continued to a date after the completion of the parties' December 2, 2013 mediation with Robert Kaplan.

GOOD CAUSE exists for this brief continuance as the parties and the Court's resources will be conserved if the matter is settled at the mediation and the Case Management Conference becomes unnecessary.

SO STIPULATED.

Respectfully submitted,

**RIMAC MARTIN, P.C.**

DATED: September 20, 2013

By: /s/ *Anna M. Martin*
ANNA M. MARTIN
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and PRICEWATERHOUSECOOPERS HEALTH & WELFARE BENEFITS PLAN

DATED: September 20, 2013

**LAW OFFICES OF LAURENCE F. PADWAY**

By: /s/ *Laurence F. Padway*
LAURENCE F. PADWAY
Attorneys for Plaintiff
JOHN DOE

Pursuant to stipulation, **IT IS SO ORDERED**.

The new scheduled Case Management Conference date is: December 13, 2013

Dated: September 23, 2013

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

2

STIPULATION TO CONTINUE THE SEPTEMBER 27, 2013 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 3:13-cv-02710-JSW