**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  415.561-8440
Facsimile:  415.561-8430

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and
PWC HEALTH & WELFARE BENEFITS PLAN

Laurence F. Padway
**LAW OFFICES OF LAURENCE F. PADWAY**
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel:  510.814.6100
Fax: 510.814.0650
lpadway@padway.com

David J. Linden
P.O. Box 5780
Napa, CA 94581
Tel: 707.252.7007
Fax: 707.252.7883
Dil7007@sbcglobal.net

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, | CASE NO.  3:13-cv-02710-JSW |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| PRICEWATERHOUSECOOPERS HEALTH & WELFARE | |

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.  3:13-cv-02710-JSW

BENEFITS PLAN; LIFE INSURANCE )
COMPANY OF NORTH AMERICA, et al., )
                                                            )
            Defendants.               )

Whereas, Pursuant to the Court's Order of September 23, 2013, the parties, by and through their respective counsel of record, hereby (collectively, the "Parties") are calendared to appear for a Case Management Conference on December 13, 2013 at 1:30 p.m.;

Whereas, Laurence F. Padway (counsel for Plaintiff) has been advised by his cardiologist not to work for the remainder of the month for medical reasons;

Now, therefore, the parties stipulate to continue the case management conference to January 10, 2013 at 1:30 p.m.

                                                      Respectfully submitted,

                                                      **RIMAC MARTIN, P.C.**

DATED: December 11, 2013        By: */s/ Anna M. Martin*
                                                      ANNA M. MARTIN
                                                        Attorneys for Defendants
                                                        LIFE INSURANCE COMPANY OF NORTH
                                                        AMERICA and PRICEWATERHOUSECOOPERS
                                                        HEALTH & WELFARE BENEFITS PLAN

DATED: December 11, 2013        **LAW OFFICES OF LAURENCE F. PADWAY**

                                                      By:    */s/ Laurence F. Padway*
                                                      LAURENCE F. PADWAY
                                                      Attorneys for Plaintiff
                                                      JOHN DOE

[PROPOSED] ORDER

Pursuant to stipulation, **IT IS SO ORDERED**. The case management conference in the above matter is continued to January 10, 2014 at 1:30 p.m. The parties shall file an updated joint case management statement by January 3, 2014 in which the parties propose a briefing schedule for cross-motions for summary judgment whereby one party files an opening motion, the other party files an opposition and cross-motion in the same brief, the first party files a reply and an opposition to the cross-motion in one brief, and then the second party files a reply brief in support of the cross-motion.

Dated: _____
_____
Hon. Jeffrey S. White
United States District Judge
Northern District of California

Dated: December 12, 2013



STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 3:13-cv-02710-JSW