**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  415.561-8440
Facsimile:  415.561-8430

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and
PWC HEALTH & WELFARE BENEFITS PLAN

Laurence F. Padway
**LAW OFFICES OF LAURENCE F. PADWAY**
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel:  510.814.6100
Fax: 510.814.0650
lpadway@padway.com

ADDITIONAL COUNSEL NEXT PAGE
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, | CASE NO.  3:13-cv-02710-JSW |
| Plaintiff, | **STIPULATION TO EXTEND BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER** |
| v. | |
| PRICEWATERHOUSECOOPERS HEALTH & WELFARE BENEFITS PLAN; LIFE INSURANCE COMPANY OF NORTH AMERICA, et al., | **Action Filed:  June 14, 2013** <br> **Trial Date:  None** |
| Defendants. | |

1

STIPULATION TO EXTEND DEADLINE FOR FILING MOTIONS FOR SUMMARY
JUDGMENT AND [PROPOSED] ORDER
Case No.  3:13-cv-02710-JSW

David J. Linden
P.O. Box 5780
Napa, CA 94581
Tel: 707.252.7007
Fax: 707.252.7883
Djl7007@sbcglobal.net

Attorneys for Plaintiff

Whereas, the Court's order of January 10, 2014, scheduled the following case deadlines for cross-motions for summary judgment:

| | |
|---|---|
| Deadline to file first brief | April 18, 2014 |
| Opposition and cross-motion for summary judgment | May 2, 1014 |
| Reply and opposition to the cross-motion for summary judgment | May 16, 2014 |
| Reply to cross-motion | May 23, 2014 |
| Hearing on cross-motions | June 13, 2014 |

The parties, through their respective counsel, have agreed that plaintiff will file the first brief. Defendant's discovery responses to plaintiff's first set of interrogatories and document requests are due Wednesday, April 23, 2014. In order to have those responses in hand prior to the filing by plaintiff of the first brief, it is necessary to continue the briefing schedule by one week, and the parties jointly so stipulate. This stipulation does not affect the hearing date. The new briefing schedule, subject to Court approval, is as follows:

| | |
|---|---|
| Plaintiff to file first brief | April 25, 2014 |
| Opposition and cross-motion for judgment by Defendant | May 9, 1014 |
| Reply and opposition to the cross-motion for judgment | May 23, 2014 |
| Reply to cross-motion for judgment | May 30, 2014 |
| Hearing on cross-motions | June 13, 2014 |

//

3

STIPULATION TO EXTEND DEADLINE FOR FILING MOTIONS FOR SUMMARY
JUDGMENT AND [PROPOSED] ORDER
Case No. 3:13-cv-02710-JSW

Respectfully submitted,

**RIMAC MARTIN, P.C.**

DATED: April 18, 2014   By: */s/ Anna M. Martin*
ANNA M. MARTIN
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and PRICEWATERHOUSECOOPERS HEALTH & WELFARE BENEFITS PLAN

DATED: April 18, 2014   **LAW OFFICES OF LAURENCE F. PADWAY**

By: */s/ Laurence F. Padway*
LAURENCE F. PADWAY
Attorneys for Plaintiff
JOHN DOE

To the extent the parties seek to extend any other deadlines, they shall file the stipulation or request in sufficient time in advance of the deadline to permit the Court to adjudicate the request before the deadline has passed.

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated: April 21, 2014   _____
The Honorable Jeffrey S. White
United States District Judge
Northern District of California

---

4

STIPULATION TO EXTEND DEADLINE FOR FILING MOTIONS FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER
Case No. 3:13-cv-02710-JSW