**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS HEALTH AND WELFARE BENEFIT PLAN; LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-02710 JSW<br><br>**ORDER SETTING BENCH TRIAL AND VACATING CASE MANAGEMENT CONFERENCE** |

The Court has received the parties' joint case management statement, which includes an agreement to submit the previous briefing on the cross-motions for summary judgment as the trial briefs. Therefore, the Court ORDERS that Plaintiff may file a supplemental brief of no more than seven pages, and supporting evidence, by no later than October 17, 2014. Defendants may file a responsive supplemental brief of no more than five pages, and any supporting evidence, by no later than October 31, 2014. The Court HEREBY VACATES the case management conference and SETS the bench trial for December 12, 2014 at 9:00 a.m. If the Court finds that live testimony is necessary to conduct a *de novo* review, the Court will give

///
///
///
///

the parties notice in advance of the trial date. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the trial date.

**IT IS SO ORDERED.**

Dated: September 24, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2