IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | |
|     Plaintiff, | No. C 13-02710 JSW |
| v. | |
| PRICEWATERHOUSECOOPERS LLP et al., | **ORDER VACATING HEARING** |
|     Defendants. | |

Now before the Court for consideration are the parties' cross-motions for summary judgment, which are submitted to the Court as trial briefs in this matter, as well as Defendants' Motion to Strike the Declaration of Laurence Padway. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the motion suitable for disposition without oral argument. *See* Civil L.R. 7-1(b). The Court therefore VACATES the hearing scheduled for December 12, 2014, and takes the matter under submission. The Court shall issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: December 5, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE